**FILED**
**JUDGMENT ENTERED**

_____
                    **Date**
by _____G. Lucas_____
           **Deputy Clerk**
        **U.S. District Court**
      **Eastern District of California**
___XX____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

ALLEN RICHARDSON,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-05-1456 OWW/DLB P

J. ISQUIERDO, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on December 12, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 10, 2006

JACK L. WAGNER, Clerk

By:  /s/ GREG LUCAS
         Deputy Clerk